Dismissed and Memorandum Opinion filed March 6, 2008








Dismissed
and Memorandum Opinion filed March 6, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00548-CV

____________

 

MITCHELL K. LOWE,
Appellant

 

V.

 

DIETRICH INDUSTRIES, INC., Appellee

 



 

On Appeal from the 344th District
Court

Chambers County,
Texas

Trial Court Cause No.
21252

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 6, 2007.  The clerk=s record was filed on August 24,
2007.  The reporter=s record was filed August 3, 2007.  No brief was filed.

On January
10, 2008, this Court issued an order stating that unless appellant submitted
his brief, together with a motion reasonably explaining why the brief was late,
on or before February 11 , 2008, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
6, 2008.

Panel consists of Justices Yates, Guzman, and Brown.